No. 77–309. McDONNELL DOUGLAS CORP. v. HOUGHTON ET AL. C. A. 8th Cir. Certiorari denied.

No. 77–316. KARNES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77–343. CISTERNINO v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77–352. PLESONS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 77–372. AMERICAN TELEPHONE & TELEGRAPH CO. ET AL. v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 77–390. CERILLI ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 77–391. BURGETT ET UX. v. FEDERAL LAND BANK OF WICHITA. Sup. Ct. N. M. Certiorari denied.

No. 77–392. SWEENEY INDEPENDENT SCHOOL DISTRICT ET AL. v. HARKLESS ET AL. C. A. 5th Cir. Certiorari denied.

No. 77–393. FADELL v. MINNEAPOLIS STAR & TRIBUNE CO., INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 77–399. McDONALD v. ILLINOIS ET AL. C. A. 7th Cir. Certiorari denied.

No. 77–400. WOODROW v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 77–408. INGALLS SHIPBUILDING CORP., DIVISION OF LITTON SYSTEMS, INC. v. MORGAN ET AL. C. A. 5th Cir. Certiorari denied.

No. 77–418. CALHOUN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.